**Opinion issued January 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-13-00736-CV**

———————————

## IN RE KNIGHT REFRIGERATED, LLC AND CARROLL CHAPMAN, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On August 28, 2013, Relators, Knight Refrigerated, LLC and Carroll Chapman, filed a petition for writ of mandamus with this Court requesting relief from an order of the district court compelling discovery.[*] On December 31, 2013, Relators notified this Court that the matter has been resolved and requested that we

---

[*] Respondent is the Honorable Lonnie Cox of the 56th Judicial District Court of Galveston County, Texas. The underlying case is *Mensch v. Knight Refrigerated, LLC*, No. 13-CV-0470 (56th District Court of Galveston County, Tex., Aug. 28, 2013).

dismiss the petition for writ of mandamus as moot. No prior opinion has been issued on Relators' petition for writ of mandamus.

We grant the motion and dismiss the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.